Galatea DeLapp, CA Bar #181581
Attorney at Law
1541 East Fairmont Ave., Suite 104
Fresno, CA 93704
(559) 803-0471


Attorney for Defendant
Nicholas Guereca

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>NICHOLAS GUERECA,<br><br>                    Defendant. | CASE NO. 1:21-CR-00160-JLT-SKO<br><br>STIPULATION TO VACATE TRIAL DATE, TO SET CHANGE OF PLEA DATE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
|---|---|

**STIPULATION**

Defendant, by and through defendant's counsel of record, Plaintiff United States of America, by and through its counsel of record hereby stipulate as follows:

By previous order, this matter was set for jury trial on January 30, 2024.

1. By this stipulation, the parties now move to vacate the trial date and set a change of plea hearing date to February 12, 2024 at 10:00 AM, and to exclude time between January 30, 2024, and February 12, 2024.

2. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to consult with her in-custody client and prepare her for the upcoming change of plea and sentencing.

    c) Counsel for defendant believes that failure to grant the above-requested

continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d)  The government does not object to the continuance.

   e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 30, 2024 to November 29, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 26, 2024         /s/ GALATEA DELAPP
                  GALATEA DELAPP
                  Counsel for Defendant
                  NICHOLAS GUERECA

Dated: January 26, 2024         PHILLIP A. TALBERT
                  Acting United States Attorney

                  /s/ DAVID GAPPA
                  DAVID GAPPA
                  Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: __January 26, 2024__

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE