Galatea DeLapp, CA Bar #181581
Attorney at Law
1541 East Fairmont Ave., Suite 104
Fresno, CA 93704
(559) 803-0471


Attorney for Defendant
NICHOLAS ADAN GUERECA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:21-CR-00160-JLT |
| Plaintiff, | |
| v. | DEFENDANT'S SETNENCING MEMORANDUM |
| NICHOLAS ADAN GUERECA, | Date: 7/15/2024 |
| Defendant. | Time: 9:00 AM |
| | Judge: Honorable Jennifer Thurston |

**I. Introduction**

The defendant, NICHOLAS ADAN GUERECA, respectfully submits this memorandum to aid

the Court in determining an appropriate sentence under 18 U.S.C. § 3553(a).  This memorandum

seeks to emphasize the defendant's unique personal history, the nature and circumstances of the

offense, and the need for a sentence that is sufficient but not greater than necessary to achieve the

statutory purposes of sentencing. Specifically, the defendant requests a sentence of 180 months'

imprisonment followed by a period of 60 months of supervised release, in contrast to the 300

months' imprisonment and lifetime supervised release recommended by probation.

1

## II. The Nature and Circumstances of the Offense

While the offenses committed by the defendant are serious, it is essential to consider the context in which these actions occurred and how the defendant who had no mental health or adequate family support systems to address his past trauma resulted in misguided attempts to harm others.  At the time of the offenses, the defendant was a young individual coping with profound personal trauma. His birth father abandoned him when he was 11 years old. [Dkt. 46 ¶67]. He was subjected to extreme physical abuse by his stepfather, who would at times beat him with belts [Dkt 46 ¶ 68.  Shortly before the offense, the defendant became orphaned when his meth-addicted mother died of a heart attack. [Dkt 46 ¶68 & 70]. Furthermore, the defendant's mother had multiple romantic relationships resulting in other children with unknown fathers, his half-brother, George, being one of them. [Dkt 46 ¶ 69]. At the age of 15 George was murdered, an event that compounded his existing traumas and led to significant emotional and behavioral issues [Dkt 46 ¶ 69].

## III. The History and Characteristics of the Defendant

As outlined above, the defendant's background is marked by significant adversity. Despite the abandonment by his birth father and the abuse from his stepfather, the defendant managed to navigate his early years without resorting to criminal behavior. The loss of his mother and brother created a profound sense of isolation and grief, which the defendant attempted to numb with alcohol and marijuana use.

The defendant has shown genuine remorse for his actions and a strong desire to rehabilitate. He has expressed a clear intention to overcome his past difficulties and contribute positively to society. He wishes to participate in the 500-hour Drug and Alcohol Treatment Program while serving time at the Bureau of Prisons. His youth at the time of the offense and his

lack of prior criminal history suggest that his actions were an aberration rather than a pattern of criminal behavior likely to continue throughout his entire adult life.

## IV. The Need for the Sentence Imposed Reflecting the Seriousness of the Offense, Promoting Respect for the Law, and Providing Just Punishment & Adequate Deterrence to Criminal Conduct

A sentence of 180 months' imprisonment appropriately reflects the seriousness of the offenses while considering the defendant's personal circumstances. Such a sentence promotes respect for the law by balancing accountability with compassion for the defendant's difficult upbringing and attempts to cope with his trauma.  A 180-month sentence serves as a significant deterrent to both the defendant and others. It underscores the consequences of criminal behavior while acknowledging that excessively harsh penalties may not effectively deter future conduct, especially given the defendant's unique circumstances.

## V. Protecting the Public from Further Crimes

The defendant's lack of prior criminal history and his commitment to rehabilitation suggest that he poses a low risk of recidivism. A sentence of 15 years and five years of supervised release is all that is necessary to protect the public from future crimes by this defendant. He will be a registrant and need to comply with that, so his whereabouts will be known.

## VI. Providing Needed Educational or Vocational Training, Medical Care, or Other Correctional Treatment

The defendant would benefit from educational and vocational training, as well as substance abuse treatment, during his incarceration. A 180-month sentence provides ample time for him to take advantage of these opportunities and prepare for a productive, law-abiding life upon release.

**V. Avoiding Unwarranted Sentence Disparities**

A sentence of 180 months' imprisonment aligns with the goal of avoiding unwarranted sentence disparities among defendants with similar records and offenses. Given the defendant's youth, lack of prior criminal history, and *significant personal trauma*, a 300-month sentence would create a disparity that fails to account for these mitigating factors.

**VI. Supervised Release**

The defendant respectfully requests that the Court impose a period of 60 months of supervised release instead of lifetime supervision. Given the defendant's commitment to rehabilitation and the mandatory registration requirements, a 60-month period of supervised release is sufficient to ensure compliance and reintegration into society without imposing an unduly harsh lifelong restriction.

**VII. Conclusion**

For the reasons stated above, the defendant respectfully requests that this Court impose a sentence of 180 months' imprisonment followed by 60 months of supervised release, with a recommendation for RDAP. Such a sentence is sufficient but not greater than necessary to fulfill the purposes of sentencing outlined in 18 U.S.C. § 3553(a).

Respectfully submitted

Dated: 7/9/2023

/s/ *Galatea DeLapp*
GALATEA DeLAPP
Attorney for Defendant
NICHOLAS ADAN GUERECA

4