Galatea DeLapp, CA Bar #181581
Attorney at Law
1541 East Fairmont Ave. Suite 104
Fresno, CA 93704
(559) 803-0471

Attorney for Defendant Nicolas Adan Guereca

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICOLAS ADAN GUERECA,<br><br>Defendant. | CASE NO. 1:21-cr-00160-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF GALATEA DELAPP AS ATTORNEY OF RECORD AND ORDER** |

On September 19, 2024, Defendant Nicolas Guereca's revised Judgment and Commitment was filed in the above referenced.  Mr. Guereca does not wish to appeal his sentence. Mr. Guerca has been in the custody of the Bureau of Prisons since at least September 19, 2024. Having completed her representation of Mr. Guerca, CJA attorney Galatea DeLapp now moves to terminate her appointment under the Criminal Justice Act.

 Should Mr. Guereca require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite

1  330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free),

2  which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

3  Dated: September 30, 2024

5                                              Respectfully submitted,

6                                              /s/ GALATEA DELAPP

7                                              GALATEA DELAPP Attorney for Defendant, NICOLAS GUERECA

**ORDER**

10      Having reviewed the notice and found that attorney Galatea DeLapp has completed the

11  services for which he was appointed, the Court hereby grants attorney Galatea DeLapp's request

12  for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal

13  assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern

14  District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for

15  the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will

16  arrange for the reappointment of counsel to assist Defendant.

17      The Clerk of Court is directed to serve a copy of this order on Defendant NICOLAS

18  ADAN GUERECA at the following addresses and to update the docket to reflect Defendant's pro

19  se status and contact information.

21  Nicolas Adan Guereca  
Register Number 49516-509  
FCI Pekin  
22  2600 S. Second St.  
Pekin, IL   61554

24  IT IS SO ORDERED.

25     Dated:   **October 7, 2024**                                                          

26                                                            UNITED STATES DISTRICT JUDGE