PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:21-CR-00160-JLT-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| NICOLAS ADAN GUERECA, | |
| Defendant. | |

On or about June 24, 2024, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant Nicolas Adan Guereca, forfeiting to the United States the following property:

      a.    Samsung SM-J727AZ Galaxy J7 cellular phone,
      b.    Apple iPhone 7 Plus, and
      c.    black Cricket smartphone, Model U304AA.

Beginning on July 11, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Nicolas Adan Guereca:

   a. Samsung SM-J727AZ Galaxy J7 cellular phone,
   b. Apple iPhone 7 Plus, and
   c. black Cricket smartphone, Model U304AA.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: __December 12, 2024__

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE